# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY S. CROUCH,<br><br>  Petitioner,<br><br> v.<br><br>STUART SHERMAN, Warden,<br><br>  Respondent. | Case No. 1:12-cv-01657-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party. In the above-captioned case, Stuart Sherman has succeeded Ralph Diaz as warden of California Substance Abuse Treatment Facility, Corcoran, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Stuart Sherman, Warden, California Substance Abuse Treatment Facility, as Respondent.

IT IS SO ORDERED.

Dated:   **April 7, 2016**              **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE